# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>   Plaintiff,<br><br>   v.<br><br>TRIUMVIRATE, LLC, d/b/a Tordrillo Mountain Lodge, *et al.*<br><br>   Defendants.<br><br>TRIUMVIRATE, LLC, *et al.*,<br><br>   Counterclaimants,<br><br>   v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>   Counterdefendant.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>   Counterclaimant,<br><br>   v.<br><br>TRIUMVIRATE, LLC,<br><br>   Counterdefendants. | Case No. 3:23-cv-00146-SLG |

## ORDER RE MOTION AND MEMORANDUM TO QUASH SUBPOENA TO PRODUCE DOCUMENTS SERVED ON TRACEY KNUTSON

Before the Court at Docket 33 is Motion and Memorandum to Quash Subpoena to Produce Documents Served on Tracey Knutson. Numerous documents were filed in response to the motion.[1]

The motion to quash is GRANTED. It is moot with respect to items ## 1 and 4, which have been obtained through National Union's request to counsel for Soloy.[2] It is also moot with respect to items ## 2 and 3, as Ms. Knutson has stated in her declaration filed in this proceeding that she has no such recordings or documents.[3] And it appears she has no other documents related to the settlement of Mr. Horvath's claims against Soloy and Triumvirate that are not accessible to Soloy's counsel, and therefore accessible to National Union, that are not attorney work product or attorney client privileged material.[4]

For the foregoing reasons, the motion to quash at Docket 33 is GRANTED.

DATED this 27th day of August 2024, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

---

[1] *See* Dkts. 38, 41, 55, 58, 66, 77, 79, 81, and 83.

[2] See Docket 33, page 3 for a description of the five categories of items sought.

[3] Docket 41-2 at 1.

[4] Docket 41-2 at 1.

Case No. 3:23-cv-00146-SLG, *National Union Fire Insurance Co. of Pittsburgh, PA v. Triumvirate*
Order re Motion to Quash Subpoena
Page 2 of 2