Skarzynski | Marick

Skarzynski Marick & Black LLP
353 N. Clark Street, Suite 3650
Chicago, IL 60654
P 312.946.4200 | F 212.820.7740
skarzynski.com
[redacted]

October 8, 2024

AIG Aerospace Insurance Services
One Alliance Center
3500 Lenox Road, Suite 1100
Atlanta, GA 30326

| | |
|---|---|
| Invoice No.: | 407954 |
| Client No.: | AIGA02 |
| Matter No.: | 23891 |
| Billing Attorney: | ATH |

Attention: Lili Beneda Rubenstein, Esq.

---

## INVOICE SUMMARY

For professional services rendered and disbursements incurred through September 30, 2024:

**Re: Soloy Helicopters**

| | |
|---|---|
| **Insured:** | **Soloy Helicopters, LLC** |
| **Policy No.:** | **FV 013468429-03** |

| | |
|---|---|
| Total Professional Services | [redacted] |
| Total Disbursements | [redacted] |
| **TOTAL THIS INVOICE** | [redacted] |

Electronic Invoice

Invoice No.: 407954
Soloy Helicopters

October 8, 2024

**PROFESSIONAL SERVICES RENDERED**

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | |

Invoice No.: 407954 — October 8, 2024
Soloy Helicopters

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | | | | | |

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 9/05/24 | L. McIntyre | 1.60 | L350 | A103 | Drafted Motion to Compel discovery related to T. Lamb's billing entries and waiver of privilege (pages 1-2) |
| 9/05/24 | L. McIntyre | 1.80 | L350 | A103 | Drafted Motion to Compel discovery related to T. Lamb's billing entries and waiver of privilege (pages 3-4) |
| 9/05/24 | L. McIntyre | .70 | L350 | A102 | Researched case law regarding choice of law for waiver of privilege in preparation of drafting Motion to Compel discovery |
| 9/05/24 | L. McIntyre | .80 | L350 | A102 | Researched case law standard for motion to compel under Alaska law in preparation drafting Motion to Compel discovery |
| 9/05/24 | L. McIntyre | .60 | L350 | A102 | Researched case law standard for motion to compel under federal law in preparation drafting Motion to Compel discovery |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 9/06/24 | L. McIntyre | 1.60 | L350 | A103 | Drafted Motion to Compel discovery related to T. Lamb's billing entries and waiver of privilege (pages 5-6) |
| 9/06/24 | L. McIntyre | 1.60 | L350 | A103 | Drafted Motion to Compel discovery related to T. Lamb's billing entries and waiver of privilege (pages 7-8) |
| 9/06/24 | L. McIntyre | 1.80 | L350 | A103 | Drafted Motion to Compel discovery related to T. Lamb's billing entries and waiver of privilege (pages 9-10) |

Invoice No.: 407954
Soloy Helicopters

October 8, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| 9/06/24 | L. McIntyre | 2.40 | L350 | A102 | Researched case law involving the waiver of privilege by putting knowledge at issue in preparation of drafting Motion to Compel discovery |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Invoice No.: 407954
Soloy Helicopters

October 8, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 9/09/24 | L. McIntyre | 1.80 | L350 | A103 | Revised Motion to Compel discovery related to T. Lamb's billing entries and waiver of privilege (10 pages) |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Invoice No.: 407954
Soloy Helicopters

October 8, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Invoice No.: 407954
Soloy Helicopters

October 8, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 9/13/24 | D. Altschuler | 3.70 | L120 | A103 | Prepare motion to compel documents from Defendants addressing their bad faith contention on summary judgment that they were excluded and unaware of the settlement communications with David Horvath. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

[redacted]

Invoice No.: 407954
Soloy Helicopters

October 8, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| 9/16/24 | D. Altschuler | 4.60 | L350 | A103 | Prepare motion to compel production of documents relating to TML's contentions that it did not know about and was excluded from settlement negotiations and that it was not aware of the claims Horvath was asserting against TML. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 9/16/24 | A. Houghton | 1.40 | L350 | A103 | Review and prepare revisions to motion to compel TML and Delaney Wiles production |
| 9/17/24 | D. Altschuler | 2.80 | L350 | A103 | Finalize motion to compel documents from Defendants with explanation of Tim Lamb time entries and other evidence indicating TML knew about the settlement negotiations and knew about Horvath's allegations but refused to contribute and should produce documents relating to their knowledge of these facts. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Invoice No.: 407954
Soloy Helicopters

October 8, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
| --- | --- | --- | --- | --- | --- |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Invoice No.: 407954
Soloy Helicopters

October 8, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | | | | | |

Invoice No.: 407954
Soloy Helicopters

October 8, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | |

Invoice No.: 407954
Soloy Helicopters

October 8, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
| --- | --- | --- | --- | --- | --- |
| [redacted] | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | | |

Invoice No.: 407954
Soloy Helicopters

October 8, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| 9/26/24 | D. Altschuler | 1.30 | L320 | A103 | Analyze TML invoices and production of documents and prepare strategy regarding requests for production, potential motion to compel regarding documents TML claims not to be relevant or to be privileged, and stipulation to extend discovery deadlines. |
| 9/26/24 | D. Altschuler | 1.20 | L330 | A103 | Prepare motion to compel documents from TML relating to its assertion that it did not know about the settlement negotiations or the claims Horvath was asserting. |
| [redacted] | | | | | |

Invoice No.: 407954
Soloy Helicopters

October 8, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | | | | | |

Invoice No.: 407954
Soloy Helicopters

October 8, 2024

**TOTAL PROFESSIONAL SERVICES** [redacted]

## SUMMARY OF PROFESSIONAL SERVICES

| Name | Rate | Hours | Total |
|---|---|---|---|
| A. Houghton | 405.00 | [redacted] | [redacted] |
| D. Altschuler | 365.00 | [redacted] | [redacted] |
| Dehmel, Paul | 365.00 | [redacted] | [redacted] |
| L. McIntyre | 280.00 | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] |
| | | [redacted] | [redacted] |
| **TOTALS** | | [redacted] | [redacted] |

## DISBURSEMENTS

| | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

**TOTAL DISBURSEMENTS** [redacted]

**TOTAL THIS INVOICE** [redacted]

This statement includes all time and disbursements presently entered on our system. Due to certain timing differences that could occur, it may be necessary to issue an additional invoice should some entries not be included in this statement.

Skarzynski | Marick

Skarzynski Marick & Black LLP
500 West Madison Street, Suite 3600
Chicago, IL 60661
P 312.946.4200 | F 312.946.4272
Skarzynski.com
[redacted]

November 5, 2024

AIG Aerospace Insurance Services
One Alliance Center
3500 Lenox Road, Suite 1100
Atlanta, GA 30326

| | |
|---|---|
| Invoice No.: | 411704 |
| Client No.: | AIGA02 |
| Matter No.: | 23891 |
| Billing Attorney: | ATH |

Attention: Lili Beneda Rubenstein, Esq.

---

## INVOICE SUMMARY

For professional services rendered and disbursements incurred through October 31, 2024:

**Re: Soloy Helicopters**
**Insured:** **Soloy Helicopters, LLC**
**Policy No.:** **FV 013468429-03**

| | |
|---|---|
| Total Professional Services | [redacted] |
| Total Disbursements | [redacted] |
| **TOTAL THIS INVOICE** | [redacted] |

Electronic Invoice

Invoice No.: 411704
Soloy Helicopters

November 5, 2024

**PROFESSIONAL SERVICES RENDERED**

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | | | | | |
| 10/03/24 | D. Altschuler | .50 | L350 | A103 | Prepare section of motion to compel addressing correspondence with Defendants' counsel and Delaney Wiles' counsel to resolve discovery issues. |
| [redacted] | | | | | |
| 10/03/24 | A. Houghton | .60 | L350 | A104 | Review draft motion to compel TML and Delaney Wiles production of documents reflecting knowledge of Horvath claims and settlement negotiations |
| [redacted] | | | | | |

Invoice No.: 411704
Soloy Helicopters

November 5, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| 10/04/24 | D. Altschuler | 4.30 | L350 | A103 | Prepare motion to compel addressing relationship between the discovery in the motion and the undisputed facts in our summary judgment briefing and Defendants' arguments based on privilege and non-responsive documents relating to other claimants. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 10/05/24 | D. Altschuler | 3.70 | L350 | A103 | Prepare motion to compel documents relating to the knowledge of Defendants, Delaney Wiles, and Prime regarding the settlement negotiations regarding T. Knutson's claims, the allegations Horvath might assert, and the related decision of Defendants and Prime not to contribute to a settlement. |
| 10/06/24 | D. Altschuler | 3.30 | L350 | A103 | Prepare arguments responding to Defendants' position that documents are non-responsive or subject to attorney-client privilege and prepare exhibits to the brief. |
| 10/07/24 | D. Altschuler | 2.00 | L350 | A104 | Prepare motion to compel section addressing various meet and confer conferences and exchanges of correspondence with opposing counsel regarding privilege designations and alleged non-responsive documents. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 10/07/24 | L. McIntyre | 2.80 | L350 | A103 | Revised Motion to Compel |
| 10/07/24 | L. McIntyre | .70 | L350 | A101 | Prepared all exhibits to Motion to Compel |

Invoice No.: 411704
Soloy Helicopters

November 5, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 10/07/24 | L. McIntyre | .50 | L330 | A103 | Revised exhibits to Motion to Compel to include privilege logs and additional documents |
| 10/07/24 | Dehmel, Paul | .70 | L350 | A103 | Draft and revise motion to compel. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 10/08/24 | D. Altschuler | 1.10 | L350 | A103 | Finalize motion to compel documents from Defendants relating to their knowledge regarding settlement negotiations and the claims Horvath might assert against TML. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 10/08/24 | Dehmel, Paul | 1.60 | L350 | A103 | Draft and revise motion to compel and accompanying submissions; finalize same and attend to filing issues. |
| 10/08/24 | A. Houghton | 1.30 | L350 | A104 | Prepare further revisions to motion to compel |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Invoice No.: 411704
Soloy Helicopters

November 5, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Invoice No.: 411704
Soloy Helicopters

November 5, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Invoice No.: 411704
Soloy Helicopters

November 5, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Invoice No.: 411704
Soloy Helicopters

November 5, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| Date | Name | Hours | Task | Act | Description of Services Rendered |
| --- | --- | --- | --- | --- | --- |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 10/23/24 | D. Altschuler | 1.20 | L350 | A104 | Analyze applicable law for reply in support of our motion to compel. |

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 10/24/24 | D. Altschuler | 3.70 | L350 | A104 | Analyze arguments raised and decisions cited in Defendants' response in opposition to our motion to compel. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Invoice No.: 411704
Soloy Helicopters

November 5, 2024

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 10/27/24 | D. Altschuler | 2.20 | L350 | A104 | Examine applicable law and facts for reply in support of motion to compel. |

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| 10/28/24 | D. Altschuler | 4.60 | L350 | A103 | Prepare reply brief in support of motion to compel documents designated as privileged and documents relating to TML's and Prime's knowledge. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| Date | Name | Hours | Task | Act | Description of Services Rendered |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 10/29/24 | D. Altschuler | 5.30 | L350 | A103 | Prepare reply in support of motion to compel Defendants' documents regarding their knowledge about settlement negotiations and their decision to contribute to a settlement. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| 10/29/24 | Dehmel, Paul | 1.40 | L350 | A103 | Review and revise reply brief in support of motion to compel; review various materials for same; assist with issues regarding filing of same. |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |